NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1019
### (Serial No. 10/770,072)

## IN RE EDWARD K.Y. JUNG and LOWELL L. WOOD, JR.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

## ORDER

Margaret M. Anderson and Electronic Inventory Solutions, Inc. move without opposition for leave to file a brief amicus curiae in support of the appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Margaret M. Anderson, Esq.
Robert Greene Sterne, Esq.
Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2010

JAN HORBALY
CLERK